UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

PHOEBE J. SCALF,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

Case No. C16-5774-BHS-JPD

REPORT AND RECOMMENDATION

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 5. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 26.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge ("ALJ"), including a de novo hearing. On remand, the ALJ shall provide plaintiff with an opportunity for a hearing; reevaluate the medical evidence of record, including reviewing the record for any chronic problems in plaintiff's vision, memory and mood; reevaluate how the combination of claimant's impairments affect her ability to maintain concentration, persistence,

or pace; reassess her residual functional capacity; reevaluate claimant's past work and determine whether it meets the requirements of recency, income, and duration, in order to be considered past relevant work (20 C.F.R. § 416.965(a)); if applicable, evaluate whether the claimant could still perform past relevant work pursuant to 20 C.F.R. § 416.968 and Social Security Ruling 82-41; and determine whether she acquired skills from past relevant work that can be transferred to other work in the national economy (20 C.F.R. §§ 416.966, 416.968), with little or no adjustment; obtaining vocational expert testimony about the transferability of skills and any vocational adjustment required, as necessary; obtaining other supplemental vocational evidence, as necessary; and issue a new decision.

Because the parties have stipulated that the case be remanded as set forth above, the Court recommends that United States District Judge Benjamin H. Settle immediately approve this Report and Recommendation. The Clerk should note the matter for **June 13, 2017** as ready for Judge Settle's consideration. A proposed order accompanies this Report and Recommendation.

DATED this 13th day of June, 2017.

*James P. Donohue*

JAMES P. DONOHUE
Chief United States Magistrate Judge